IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS GREENE,

    Plaintiff,                      No. CIV S-05-0828 MCE KJM P

    vs.

C.S.P. HIGH DESERT, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed without prejudice. As provided by Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: December 23, 2005.

                                            UNITED STATES MAGISTRATE JUDGE

/mp
gree0828.59